IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENISE CAREY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-155 -***-MPT |
| MICHAEL J. ASTRUE, | ) ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington, this 4th day of January, 2008.

WHEREAS, the Court issued an Order (D.I. 11) on August 15, 2007 requesting that the parties confer and submit a briefing schedule; and

WHEREAS, the parties have failed to submit a briefing schedule; therefore,

IT IS HEREBY ORDERED that, on or before January 14, 2008, the plaintiff shall show cause why this case should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
UNITED STATES MAGISTRATE JUDGE