IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENISE CAREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-155-~~MPT~~ Gms |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 15th day of February, 2008, upon consideration of the Defendant's Motion to Remand, it is hereby

ORDERED

that this case be remanded to the Commissioner. Upon remand, the Appeals Council will remand this case to the administrative law judge to further evaluate Plaintiff's mental impairments in light of the later finding of disability; further evaluate Plaintiff's substance abuse in light of the Emergency Teletype that the Agency's Office of Disability issued on August 30, 1996; obtain testimony from a medical expert, if needed; and if Plaintiff is found disabled at any time after her alleged onset of disability of October 25, 2004, explain the basis for the later date.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

2/15/08

[Signature]

FILED
FEB 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE