IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DENISE CAREY, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 07-155-GMS
)
MICHAEL J. ASTRUE, )
Commissioner of )
Social Security, )
)
Defendant. )

ORDER

Based on the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, Gary L. Smith, Esquire, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Two Eight Hundred Eighty-Nine dollars and 93/00 cents ($2,889.93), as authorized by 28 U.S.C. § 2412(a), subject to the terms of the above-referenced Stipulation.

BY THE COURT:

[signature]

March 4, 2008

FILED
MAR - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE